# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: YVETTE M. WILKINS  
3415 SUNNYSIDE AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-2685

Case Number: 05-70403

Case filed on:  2/3/2005  
Plan Confirmed on:  6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,918.10          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 208 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | YVETTE M. WILKINS | 0.00 | 0.00 | 7.20 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 7.20 | 0.00 |
| 002 | ATTORNEY JOHN E. JUERGENSMEYER | 1,714.21 | 1,714.21 | 1,714.21 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF HUMAN SERVICES | 2,952.00 | 2,952.00 | 2,952.00 | 0.00 |
| 004 | NICOR GAS | 675.19 | 675.19 | 675.19 | 0.00 |
| 005 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD ASSOCIATED PATHOLOGISTS | 213.84 | 213.84 | 213.84 | 0.00 |
| 007 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 387.13 | 387.13 | 387.13 | 0.00 |
| 009 | B-LINE LLC | 1,040.12 | 1,040.12 | 1,040.12 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | IL ATTORNEY GENERAL WELFARE LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,982.49 | 6,982.49 | 6,982.49 | 0.00 |
|  | Grand Total: | 8,346.49 | 8,346.49 | 8,353.69 | 0.00 |

Total Paid Claimant:  $8,353.69  
Trustee Allowance:  $564.41  
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan